## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

|  |  |  |
|---|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | ) ) ) ) ) | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

| | |
|---|---|
| *Kelly Clements v. Bayer Corporation, et al.* | No. 10-cv-13564-DRH |
| *Tanisha Kelley v. Bayer Corporation, et al.* | No. 13-cv-10590-DRH |
| *Hara Fineberg, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10506-DRH |
| *Shakedra Hubbard, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 13-cv-10526-DRH |
| *Erica Coleman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10806-DRH |
| *Tawny Choi v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-13617-DRH |
| *Melody Smith, et al. v. Bayer Corporation, et al.* | No. 10-cv-11842-DRH |
| *Erica Coleman v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10806-DRH |
| *Crystal Baylor, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11985-DRH |
| *Audra Webb, et al. v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 11-cv-11990-DRH |
| *Amber Martin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 12-cv-10524-DRH |
| *Kacey Summerson v. Bayer Corporation, et al.* | No. 12-cv-11252-DRH |
| *Leonard Sack v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 10-cv-10510-DRH |

| | |
|---|---|
| *Linda Baran v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10353-DRH |
| *Julie Martin v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10205-DRH |
| *Whitney Webb v. Bayer HealthCare Pharmaceuticals Inc., et al.* | No. 14-cv-10132-DRH |
| *Heather Iser v. Bayer Schering Pharma AG, et al.* | No. 11-cv-10752-DRH |
| *Shelly Kincade v. Bayer Schering Pharma AG, et al.* | No. 10-cv-13020-DRH |
| *Uehenna Otue v. Bayer Corporation, et al.* | No. 10-cv-12434-DRH |
| *Lori Barrett v. Bayer Corporation, et al.* | No. 10-cv-12642-DRH |
| *Heather Butcher v. Bayer Corporation, et al.* | No. 11-cv-12030-DRH |
| *Amber Cutsforth v. Bayer Corporation, et al.* | No. 14-cv-10373-DRH |

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations and/or Orders of Dismissal entered to date, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

> **JUSTINE FLANAGAN,**
> **ACTING CLERK OF COURT**
>
> BY:  /s/*Caitlin Fischer*
> **Deputy Clerk**

Digitally signed by
Judge David R. Herndon
Date: 2016.05.02
15:27:41 -05'00'

APPROVED:

    DISTRICT JUDGE
    U. S. DISTRICT COURT